IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JEVAUGHN ERWIN,<br><br>Defendant. | 8:25CR207<br><br>INDICTMENT<br><br>21 U.S.C. § 841(a)(1) and (b)(1)<br>18 U.S.C. § 924(c)(1)(A)<br>18 U.S.C. §§ 922(g)(1) and 924(a)(8) |

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA
2025 OCT 21 PM 2:58
OFFICE OF THE CLERK

The Grand Jury charges that

<u>COUNT I</u>

On or about May 16, 2025, in the District of Nebraska, Defendant JEVAUGHN ERWIN did knowingly and intentionally possess with intent to distribute 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1) and Title 21, United States Code, Section 841(b)(1).

Before JEVAUGHN ERWIN committed the offense charged in this Count, he had a final conviction for a serious drug felony, namely, a conviction under 21 U.S.C. 841(a)(1) and 846 in the United States District Court in the District of Nebraska for Conspiracy to Possess with Intent to Distribute Cocaine Base (8:02CR419) for which he served more than 12 months of imprisonment and for which he was released from serving any term of imprisonment related to that offense within 15 years of the commencement of the instant offense.

1

## COUNT II

On or about May 16, 2025, in the District of Nebraska, JEVAUGHN ERWIN did knowingly possess a firearm, to wit: a Glock 36 .45-caliber semi-automatic handgun, in furtherance of a drug trafficking crime for which Defendant may be prosecuted in a court of the United States, that is the offense described in Count I.

In violation of Title 18, United States Code, Section 924(c)(1)(A).

## COUNT III

On or about May 16, 2025, in the District of Nebraska, JEVAUGHN ERWIN, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, to wit: a conviction under 21 U.S.C. 841(a)(1) and 846 in the United States District Court in the District of Nebraska for Conspiracy to Possess with Intent to Distribute Cocaine Base (8:02CR419), knowingly possessed a Glock 36 .45-caliber semi-automatic handgun which had been shipped and transported in interstate commerce.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

A TRUE BILL.

FOREPERSON

The United States of America requests that trial of this case be held in Omaha, Nebraska, pursuant to the rules of this Court.

JOSEPH P. MEYER
Special Assistant United States Attorney